# STATE OF LOUISIANA
## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2019 KW 1644

VERSUS

COLUMBUS CHRIS WILLIAMS

**MAY 1 2 2020**

---

In Re:  Columbus Chris Williams, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 2004-423851.

---

**BEFORE:  McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT DENIED.** The records of the Terrebonne Parish Clerk of Court's office reflect that the district court denied the application for postconviction relief on November 8, 2019. If relator intends to seek review of the denial of the application for postconviction relief or any other pleading or motions, he should specifically request that relief, identify how he believes the district court erred, and provide this court with a copy of the district court's rulings, a file-stamped copy of the pleading or motions, and the pertinent minutes.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT